A. D. FERGUSON ET AL V. COMMISSIONERS' COURT OF SABINE COUNTY, TEXAS.

No. A-2596. Decided March 22, 1950.
(227 S. W., 2d Series, 1022.)

*Fisher & Tonahill* and *Joe J. Fisher,* all of Jasper, for appellant.

*L. E. King,* County Attorney, and *Minton & Minton,* of Hemphill, for appellees.

PER CURIAM:

It appearing that the certificate from the Honorable Court of Civil Appeals submits the whole case to this court for decision, it is ordered that the certificate be dismissed. Falfurrias Immigration Co. v. Spielhagen, 103 Texas 144, 124 S. W. 616; Taylor v. Higgins Oil & Fuel Co., 117 Texas 149, 298 S. W. 891; Hedrick v. Ratcliff, 122 Texas 313, 58 S. W. (2d) 41.

Opinion delivered March 22, 1950.